

**FILED**
JUL 2 6 2017
Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| 105 Hawthorn Avenue Number 2 in Kalispell, Montana | MJ-17-38-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 26th day of July, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge